IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-50405

_____

UNITED STATES OF AMERICA

Plaintiff-Appellee

versus

MIGUEL LONGORIA

Defendant-Appellant

_____

No. 00-50406

_____

UNITED STATES OF AMERICA

Plaintiff-Appellee

versus

JUAN ADRIAN GONZALEZ

Defendant-Appellant

- - - - -
Appeals from the United States District Court for the
Western District of Texas
- - - - -

(Opinions July 19, 2001, 5 Cir., 2001, _____F.3d____)

(August 15, 2001)

Before KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
     SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
     BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A majority of judges in active service having determined, on the Court's own motion, to rehear these cases en banc,

IT IS ORDERED that these cases shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed.